UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 1:23-cr-10018 |
| Plaintiff, | |
| vs. | ORDER SEALING CASE |
| JAY ADAMS, JR., | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, it is hereby

ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(4), that the case in the above-entitled matter be sealed until such time as the defendant is charged therein is arrested, or until it is otherwise ordered unsealed.

IT IS FURTHER ORDERED that this Order and the United States' Motion to Seal are sealed until the case is unsealed by operation of the arrest of the defendant or otherwise ordered unsealed.

Dated this 13th day of April, 2023.

BY THE COURT:

*[signature]*

MARK A. MORENO
United States Magistrate Judge