UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAY ADAMS, JR.,<br><br>　　　　　Defendant. | CR 23-10018<br><br>NOTICE TO THE COURT |

COMES NOW, the United States of America, by and through Assistant United States Attorney Troy R. Morley, to inform the Court that the United States expects the sentencing hearing in this case scheduled for June 3, 2024, to last approximately one hour due the required witness testimony needed to overcome the defendant's objections to the Presentence Report and due to the victim impact statements.

Dated this 3rd day of May, 2024.

　　　　　　　　　　　　　　　　　　ALISON J. RAMSDELL
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Troy R. Morley*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Troy R. Morley
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　PO Box 7240
　　　　　　　　　　　　　　　　　　225 South Pierre Street, Room 337
　　　　　　　　　　　　　　　　　　Pierre, SD 57501
　　　　　　　　　　　　　　　　　　(605) 224-5402
　　　　　　　　　　　　　　　　　　Troy.Morley@usdoj.gov