# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MSB<br>Courtroom - AB #1<br>U.S. Probation Officer – Kevin Johnson | Court Reporter – Cheryl Hook<br>Date – June 24, 2024 |

### 1:23-CR-10018-CBK-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JAY ADAMS, JR.,<br><br>Defendant. | Troy Morley<br><br><br><br><br>Randy Turner |

TIME HEARING SCHEDULED TO BEGIN: 4:00 PM

**TIME:**

3:59 PM  Enter a contested sentencing hearing before the Hon. Charles B. Kornmann, Judge, presiding.

  **Witnesses:**
  Joey Adams

  Defendant is sentenced to 120 months of custody; 3 years supervised release; $50 Special Assessment.

  Defendant advised of right to appeal.

6:19 PM  Court adjourned.